IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLENNIE DAVIS, #120206, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08cv666-TMH |
| | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On September 8, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that the plaintiff's claims challenging events which occurred on or about September 29, 2003 be and are hereby DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915A. It is further

ORDERED that the plaintiff's remaining § 1983 claims presented against the named Defendants, to the extent that they are not barred by the statute of limitations, be and are hereby TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

Done this the 7th day of October, 2008.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE